```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
FRANGIE ESPINAL, ON BEHALF OF HERSELF AND                              :
ALL OTHER PERSONS SIMILARLY SITUATED,                                  :
                                                                       :
                                Plaintiffs,                            :       23-cv-10655 (LJL)
                                                                       :
        -v-                                                            :       ORDER
                                                                       :
WINGATE UNIVERSITY,                                                    :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/06/2024

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE. The parties may reopen the case, provided the application to restore the action to the Court's calendar is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

SO ORDERED.

Dated: March 6, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge